**Charles M. CASSELL, III, Plaintiff—Appellant,**

v.

**FNU DAWKINS, Dr.; Guards on Red Unit Lock Up; Receiving Officers, November 6 between 8 and 8:30 pm, Defendants—Appellees.**

No. 10–6825.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Charles M. Cassell, III, Appellant Pro Se.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Cassell, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cassell v. FNU Dawkins, Dr.,* No. 5:10–cv–00069–GCM, 2010 WL 2266972 (W.D.N.C. June 3, 2010). We deny Cassell's motions for copies and to subpoena all evidence and exhib-

its. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*